## BOONE v CENTURY ATHLETIC CLUB

Ohio Appeals, 1st Dist, Hamilton Co

Decided Aug 6, 1934

Sanford Headley, Cincinnati, for plaintiff in error.

W. Donald Hall, Cincinnati, for defendant in error.

For full opinion see 49 Oh Ap 155.